# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES W. DOUCETTPERRY,
            Appellant,
      vs.
MARIA ZERLINE DOUCETTPERRY,
            Respondent.

No. 79667

**FILED**

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from findings of fact, conclusions of law, and decree of divorce. Second Judicial District Court, Washoe County; Linda M. Gardner, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The notice of appeal was prematurely filed after the timely filing of tolling motions for reconsideration and to amend, and before those motions were formally resolved. *See* NRAP 4(a)(6) (this court may dismiss an appeal as premature if it is filed prior to entry of a written order disposing of the last-remaining timely tolling motion); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a post-judgment motion for reconsideration is accorded status under NRCP 59(e) and tolling effect under NRAP 4(a)(4)(C)). As this court lacks jurisdiction over a premature appeal, *see* NRAP 4(a)(6), this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-43200

cc:   Chief Judge, The Second Judicial District Court
      Hon. Linda M. Gardner, Senior Judge
      James W. Doucettperry
      Holland & Hart LLP/Reno
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A